Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorneys for Plaintiff

Roger M. Mansukhani, SBN 164463
Joan C. Woodard, SBN 129710
**GORDON & REES LLP**
655 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402
Email:  jwoodard@gordonrees.com

Attorneys for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern, | Case No.  2:14-cv-00104-MCE-CMK |
| Plaintiff, | |
| vs. | **Joint Stipulation for Dismissal and Order Thereon** |
| North State Grocery, Inc., et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and defendants North State Grocery, Inc. dba Holiday Market #54; Dennis W. Durkin; and Gale S. Durkin, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  September 18, 2014         DISABLED ADVOCACY GROUP, APLC

　　　　　　　　　　　　　　　　　　　　 /s/   Scottlynn J Hubbard         /
　　　　　　　　　　　　　　　　　　　SCOTTLYNN J HUBBARD IV
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  September 18, 2014         GORDON & REES LLP

　　　　　　　　　　　　　　　　　　　　 /s/   Joan C. Woodard         /
　　　　　　　　　　　　　　　　　　　JOAN C. WOODARD
　　　　　　　　　　　　　　　　　　　Attorney for Defendants

### **ORDER**

Pursuant to the parties' join stipulation (ECF No. 17) and Federal Rule of Civil Procedure 41, Plaintiff's Complaint is DISMISSED with prejudice in its entirety.  The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.
Dated:  September 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal and Order　　　　　　　　*Pickern v. North State Grocery, Inc., et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 2:14-cv-00104-MCE-CMK